# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: MILLER, BENJAMIN M § Case No. 08-73454
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $98,355.85 | Assets Exempt: $4,355.85 |
| Total Distribution to Claimants: $1,812.56 | Claims Discharged Without Payment: $15,858.93 |
| Total Expenses of Administration: $1,323.66 | |

3) Total gross receipts of $ 3,136.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,136.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,323.66 | 1,323.66 | 1,323.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 6,945.24 | 23,954.77 | 13,927.46 | 1,812.56 |
| TOTAL DISBURSEMENTS | $6,945.24 | $25,278.43 | $15,251.12 | $3,136.22 |

4) This case was originally filed under Chapter 7 on October 29, 2008.
. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2010          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1124-000 | 3,135.42 |
| Interest Income | 1270-000 | 0.80 |
| **TOTAL GROSS RECEIPTS** | | **$3,136.22** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 784.06 | 784.06 | 784.06 |
| MEGAN G. HEEG | 2200-000 | N/A | 6.00 | 6.00 | 6.00 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 510.00 | 510.00 | 510.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 23.60 | 23.60 | 23.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,323.66 | 1,323.66 | 1,323.66 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dixon Physical Therapy | 7100-000 | 262.40 | 262.40 | 262.40 | 34.15 |
| eCAST Settlement Corporation assignee of | 7100-000 | 531.87 | 531.87 | 531.87 | 69.22 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| AmeriCredit Financial Services, Inc. | 7100-000 | N/A | 10,027.31 | 0.00 | 0.00 |
| AmeriCredit Financial Services, Inc. | 7100-000 | N/A | 10,027.31 | 10,027.31 | 1,304.98 |
| HSBC Bank NA/Direct Merchants Credit Card | 7100-000 | 2,406.94 | 2,406.94 | 2,406.94 | 313.25 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 698.94 | 698.94 | 90.96 |
| Lowe's | 7100-000 | 698.94 | N/A | N/A | 0.00 |
| WAMU | 7100-000 | 1,701.00 | N/A | N/A | 0.00 |
| KSB MEDICAL GROUP | 7100-000 | unknown | N/A | N/A | 0.00 |
| KSB HOSPITAL | 7100-000 | 643.60 | N/A | N/A | 0.00 |
| Capital One Bank | 7100-000 | 700.49 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 6,945.24 | 23,954.77 | 13,927.46 | 1,812.56 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-73454　　　　　　Trustee: (330490) MEGAN G. HEEG
Case Name: MILLER, BENJAMIN M　　Filed (f) or Converted (c): 10/29/08 (f)
　　　　　　　　　　　　　　　　　§341(a) Meeting Date: 12/12/08
Period Ending: 04/07/10　　　　　　Claims Bar Date: 03/18/09

| Ref.# | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 150.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS | 50.85 | 0.00 | DA | 0.00 | FA |
| 4 | SECURITY DEPOSITS | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 2,505.00 | 0.00 | DA | 0.00 | FA |
| 6 | BOOKS AND ART OBJECTS | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | STOCK AND BUSINESS INTERESTS | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 10 | TAX REFUNDS | Unknown | 3,135.42 | | 3,135.42 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES | 14,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.80 | FA |
| 12 | Assets　Totals (Excluding unknown values) | $98,355.85 | $3,135.42 | | $3,136.22 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):　July 31, 2009　　　　Current Projected Date Of Final Report (TFR):　September 3, 2009 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 08-73454  
Case Name: MILLER, BENJAMIN M

Taxpayer ID #: **-***5456  
Period Ending: 04/07/10

Trustee: MEGAN G. HEEG (330490)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-****68-65 - Money Market Account  
Blanket Bond: $1,500,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/09 | {10} | Benjamin Miller | tax refund | 1124-000 | 3,135.42 | | 3,135.42 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 3,135.46 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,135.59 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,135.71 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,135.83 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,135.96 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,136.09 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,136.22 |
| 09/03/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.00 | | 3,136.22 |
| 09/03/09 | | To Account #********6866 | final report | 9999-000 | | 3,136.22 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 3,136.22 | 3,136.22 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,136.22 | |
| Subtotal | 3,136.22 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $3,136.22 | $0.00 | |

{} Asset reference(s)

Printed: 04/07/2010 02:32 PM V.12.08

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 08-73454
Case Name: MILLER, BENJAMIN M

Taxpayer ID #: **-***5456
Period Ending: 04/07/10

Trustee: MEGAN G. HEEG (330490)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****68-66 - Checking Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/03/09 | | From Account #********6865 | final report | 9999-000 | 3,136.22 | | 3,136.22 |
| 11/20/09 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $510.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 510.00 | 2,626.22 |
| 11/20/09 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $23.60, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 23.60 | 2,602.62 |
| 11/20/09 | 103 | Dixon Physical Therapy | Dividend paid 13.01% on $262.40; Claim# 1; Filed: $262.40; Reference: | 7100-000 | | 34.15 | 2,568.47 |
| 11/20/09 | 104 | eCAST Settlement Corporation assignee of | Dividend paid 13.01% on $531.87; Claim# 2; Filed: $531.87; Reference: 1525 | 7100-000 | | 69.22 | 2,499.25 |
| 11/20/09 | 105 | AmeriCredit Financial Services, Inc. | Dividend paid 13.01% on $10,027.31; Claim# 3 -2; Filed: $10,027.31; Reference: | 7100-000 | | 1,304.98 | 1,194.27 |
| 11/20/09 | 106 | HSBC Bank NA/Direct Merchants Credit Card | Dividend paid 13.01% on $2,406.94; Claim# 4; Filed: $2,406.94; Reference: 3396 | 7100-000 | | 313.25 | 881.02 |
| 11/20/09 | 107 | Recovery Management Systems Corporation | Dividend paid 13.01% on $698.94; Claim# 5; Filed: $698.94; Reference: | 7100-000 | | 90.96 | 790.06 |
| 11/20/09 | 108 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 790.06 | 0.00 |
| | | | Dividend paid 100.00%   784.06 on $784.06; Claim# ; Filed: $784.06 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   6.00 on $6.00; Claim# ; Filed: $6.00 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 3,136.22 | 3,136.22 | $0.00 |
| Less: Bank Transfers | 3,136.22 | 0.00 | |
| Subtotal | 0.00 | 3,136.22 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $3,136.22 | |

{} Asset reference(s)

Printed: 04/07/2010 02:32 PM   V.12.08

Case 08-73454    Doc 40    Filed 04/22/10    Entered 04/22/10 14:14:43    Desc Main
            Document      Page 9 of 10

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-73454  
**Case Name:** MILLER, BENJAMIN M  

**Taxpayer ID #:** **-***5456  
**Period Ending:** 04/07/10  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******68-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| {No Transactions on File for this Period} | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****68-65 | 3,136.22 | 0.00 | 0.00 |
| Checking # ***-*****68-66 | 0.00 | 3,136.22 | 0.00 |
| Checking # 9200-******68-66 | 0.00 | 0.00 | 0.00 |
| | $3,136.22 | $3,136.22 | $0.00 |

{} Asset reference(s)

Printed: 04/07/2010 02:32 PM    V.12.08

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 30, 2010 through February 26, 2010
Account Number: **000312206336866**

## CUSTOMER SERVICE INFORMATION

Service Center: **1-800-634-5273**

00017667  802 24 06010 - NNNNN  1 000000000 60 0000
08-73454 MILLER BENJAMIN M
DEBTOR
330490 MEGAN HEEG TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY | Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Ending Balance | 0 | $0.00 |



Page 1 of 1